# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Ameer Maishawn Tillman
Defendant

Case No.: 26-04273-MJ-001-PCT-CDB

**DETERMINATION OF RELEASE CONDITIONS AND RELEASE ORDER**

☒ FILED ☐ LODGED
**Aug 24 2026**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IT IS ORDERED the defendant be released subject to the following conditions:

## CONDITIONS OF RELEASE

Defendant shall appear as indicated:

**DATE:** **Monday, September 21, 2026** **TIME:** **10:30 a.m.** **LOCATION:** **Flagstaff, Arizona**
For: ☐ Initial Appearance ☐ Preliminary Hearing ☒ Status Hearing ☐ Trial

During the pendency of this case defendant will:
1) Defendant shall appear to answer and submit himself to all further orders and processes of the Court having jurisdiction in this case.
(2) Defendant shall not commit any federal, state or local criminal offense.
(3) Defendant shall notify the Court of any change of address or telephone number and not leave the United States without permission of the Court.
(4) Defendant shall promise to appear at all proceedings as required and to surrender for service of any sentence imposed.
(5) Defendant shall not consume or possess any alcohol or illegal drugs (The use or possession of marijuana, even with a physician's certification, is not permitted.)
(6) Defendant shall be banned from the Grand Canyon National Park, except for traveling through any state, local and/or federal highways and/or roads.
(7) Defendant shall contact his attorney weekly by Friday noon.

## OTHER CONDITIONS OF RELEASE

☐ Defendant will execute an appearance bond approved by the Court, or as specified in General Order 14-16, in the total amount of ________, payable by certified check or money order only.
☐ Defendant, in order to obtain sobriety, shall remain in the custody of the arresting agency or a pretrial detention facility for 12 hours from the time of arrest. ARREST TIME: ______________________________
☐ If defendant desires to reach a pre-court hearing resolution of this matter, contact ___________________________________ on ______________________ for a pretrial conference.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions or release, to appear as directed, and to surrender for service of any sentence imposed. I am aware that a failure to follow my conditions of release may result in my release being revoked, a finding of contempt of court, prosecution for committing a crime on release or prosecution for failure to appear, resulting in additional fines or incarceration.

8-24-2026
Date

Ameer Tillman
Signature of Defendant

8/24/26
Date

Signature of Witness

8/24/2026
Date

CAMILLE D BIBLES, United States Magistrate Judge

☒ FILED ☐ LODGED